UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN CROCKWELL,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LLOYD J. AUSTIN, III<br>*in his official capacity as United States Secretary of Defense*, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 22-1649 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of defendants' Motion for Summary Judgment, ECF No. 21, plaintiff's Corrected Cross-Motion for Summary Judgment, ECF No. 27, the memoranda submitted in support and opposition thereto, the Joint Appendix of Relevant Portions of the Certified Administrative Record, ECF No. 31, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants' Motion for Summary Judgment, ECF No. 21, is **DENIED**; and it is further

**ORDERED** that plaintiff's Corrected Cross-Motion for Summary Judgment, ECF No. 27, is **GRANTED**; and it is further

**ORDERED** that this matter be remanded to the Physical Disability Board of Review for further consideration consistent with the accompanying Memorandum Opinion; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

1

**SO ORDERED.**

*This is a final and appealable order.*

Date:   March 28, 2024

                                                                **BERYL A. HOWELL**
                                                                 United States District Judge